## The Corning Tunnel Co. *v.* Pell et al.

1. An involuntary nonsuit was unknown to the common law. Under our practice the right of the court to nonsuit a plaintiff where the evidence produced is not sufficient to support a verdict, is expressly declared by statute. (Laws 1872, p. 99.)

2. A judgment of nonsuit under the statute is final within the meaning of the statute concerning appeals.

*Appeal from District Court of Arapahoe County.*

Messrs. Belford & Reed, for appellant.

Messrs. H. M. & W. Teller and Mr. G. B. Reed, for appellees, now moved to dismiss the appeal upon the ground that an appeal did not lie from a judgment of nonsuit.

*Per Curiam.* This motion rests upon the single proposition that no appeal lies from a judgment of nonsuit.

At common law a judgment of nonsuit was not reviewable for the obvious reason that it was founded on the assent of the plaintiff. An involuntary nonsuit was unknown to the common law. Under our practice, the right of court to nonsuit a plaintiff, where the evidence produced is not sufficient to sustain a verdict, is expressly declared by statute. 9 Sess. Laws, p. 99.

A judgment of nonsuit rendered by the court in the exercise of this power is, as to the defendant, *in invitum ;* is a complete disposition of the case, and is final within the meaning of the statute concerning appeals. *Voorhies* v. *Woodhall et al.*, 4 Vroom, 482 ; *English et al.* v. *Devarro*, 5 Blackf. 589 ; *Stoppenbach* v. *Zohrlant*, 21 Wis. 390.

Any other view might operate to preclude a plaintiff from having his right of action considered by the appellate court. Motion to dismiss is

*Overruled.*